IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LEONARD J. SALANITRO, )
)
       Plaintiff, )
)
v. )
) Case No. **3:11-cv-01051-SI**
WASHINGTON COUNTY, an Oregon )
municipality, **JAMES WHEATON**, an individual, )
and **PATRICK ALTIERE**, an individual, )
)
       Defendants. )
)

## VERDICT

We, the jury, being first duly empaneled and sworn, do find as follows:

### I.   FEDERAL CLAIMS

#### CLAIM ONE – UNCONSTITUTIONAL USE OF FORCE

1.   Did Patrick Altiere violate the constitutional rights of the plaintiff as alleged in Claim One?

    YES _____        NO  ✓_____

*If your answer to Question No. 1 is "yes," proceed to Question No. 2. If your answer to Question No. 1 is "no," your verdict is for defendant Altiere on Claim One, and you should proceed directly to Question No. 3.*

Page 1 - **VERDICT**

2. What are the plaintiff's actual damages, if any, caused by the violation alleged in Claim One?

    Non-Economic Damages: $___N/A___ (Line A)

*If you find that the plaintiff sustained no actual damages on Claim One, you must award nominal damages of no more than $1.00.*

    Nominal Damages: $___N/A___ (Line B)

### CLAIM TWO - UNCONSTITUTIONAL CUSTODY

3. Did defendant **Wheaton** cause the plaintiff to be subjected to custody in violation of his constitutional rights?

    YES _____  NO ___✓___

4. Did defendant **Altiere** cause the plaintiff to be subjected to custody in violation of his constitutional rights?

    YES _____  NO ___✓___

*If your answer to either Question No. 3 or Question No. 4 is "yes," proceed to Question No. 5. If your answers to both Question No. 3 and Question No. 4 are "no," skip Question No. 5, as your verdict is for defendants Altiere and Wheaton on Claim Two.*

5. What are the plaintiff's actual damages, if any, caused by his having been unconstitutionally subjected to custody?

    Non-Economic Damages: $___N/A___ (Line C)

*If you find that the plaintiff sustained no actual damages on Claim Two, you must award nominal damages of no more than $1.00.*

    Nominal Damages: $___N/A___ (Line D)

## PUNITIVE DAMAGES

For the plaintiff's federal claims only, you may – but are not required to – award the plaintiff punitive damages against either defendant Altiere or defendant Wheaton if you have found such defendant liable for non-economic damages or nominal damages.

*If you answered "yes" to any of questions 1, 3, or 4, answer Question No. 6. If you answered "no" to each of Question Nos. 1, 3, and 4, do not answer Question No. 6 and proceed directly to Question No. 7.*

6. Do you award punitive damages to the plaintiff and, if so, in what amount(s) and against whom? Place an "X" next to your answer and complete the blank to state your finding(s), if applicable.

Defendant Altiere: _____ YES, $ __N/A__   __X__ NO   (Line E)

Defendant Wheaton: _____ YES, $ __N/A__   __X__ NO   (Line F)

## II. STATE CLAIMS

### CLAIM THREE - BATTERY

7. Did defendant Washington County commit a battery upon the plaintiff?

YES _____      NO __✓__

*If your answer to Question No. 7 is "yes," proceed to Question No. 8. If your answer to Question No. 7 is "no," your verdict is for defendant Washington County on Claim Three, and you should proceed directly to Question No. 9.*

8. What are the plaintiff's actual damages, if any, caused by battery? You may not award nominal or punitive damages on this claim.

Non-Economic Damages:   $ __N/A__   (Line G)

Page 3 - **VERDICT**

## CLAIM FOUR - FALSE IMPRISONMENT

Washington County admits that it falsely imprisoned the plaintiff for the period beginning 48 hours after the time he was shot and ending at the time he was released from restraints on his freedom at the hospital. The plaintiff claims that he was falsely imprisoned for the entire time from being shot to being released from restraints at the hospital.

9.  Did defendant Washington County falsely imprison the plaintiff for the 48-hour period immediately following the time he was shot in addition to the period he was held in custody thereafter?

YES __✓__   NO _____

10. What are the plaintiff's actual damages, if any, caused by false imprisonment? You may not award nominal or punitive damages on this claim.

Non-Economic Damages:   $ __50,000_____ (Line H)

### III.  TOTAL DAMAGES

*You have finished rendering your verdict. Before the Presiding Juror signs and dates this form, please total the damages you have awarded to the plaintiff in this case. If you did not award damages for a given claim, please enter a "0" on the appropriate line.*

Line A: __0__
Line B: __0__
Line C: __0__
Line D: __0__
Line E: __0__
Line F: __0__
Line G: __0__
Line H: __$50,000__

Page 4 - **VERDICT**

Total damages awarded to the plaintiff: _$50,000_____ *(total of Lines A-H)*

The Presiding Juror should date and sign this form.

DATED: ___2/28_____, 2013.

_____
Presiding Juror

Page 5 - **VERDICT**